**Electronically Filed
Supreme Court
SCWC-21-0000084
08-SEP-2021
11:00 AM
Dkt. 7 ODSAC**

SCWC-21-0000084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WASHINGTON MUTUAL ASSET-BACKED CERTIFICATES, WMABS, SERIES 2006-HE1, Respondent/Plaintiff-Appellee,

vs.

JAN MOXLEY, Petitioner/Defendant-Appellant,

and

CITIBANK (SOUTH DAKOTA), N.A.; WELLS FARGO BANK, N.A., Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000084; CIV. NO. 3CC171000292)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/defendant-appellant Jan Moxley's application for writ of certiorari, filed on July 26, 2021, is dismissed. See HRS § 602-59; HRAP Rule 40.1(a).

DATED: Honolulu, Hawaiʻi, September 8, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

